■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR SANTIAGO, Also Known as JUAN RAMON SANCHEZ, Appellant.

With respect to the challenged alleged errors, we note that the defendant only objected to one comment in the prosecutor's opening statement. This objection was sustained by the trial court and no further curative relief was requested by the defendant. The other alleged errors were not objected to by the defendant, and in light of the overwhelming evidence of guilt, we decline to review them in the interest of justice. Thompson, J. P., Bracken, Lawrence and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY SHIELDS, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.